1
2
3
4
5               IN THE UNITED STATES DISTRICT COURT
6            FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  UNITED STATES OF AMERICA,         No.  CV 14-05023 JSC
9           Plaintiff,          **ORDER**
10   v.
11  DCCA,
12           Defendant.
      _____/
13
14  GOOD CAUSE APPEARING THEREFOR,
15      IT IS ORDERED that this case is reassigned to the **Honorable Vince Chhabbria** in the **San**
16  **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall
17  bear the **initials VC** immediately after the case number. All dates presently scheduled are vacated
18  and motions should be renoticed for hearing before the judge to whom the case has been reassigned.
19  Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).
20  Matters for which a magistrate judge has already issued a report and recommendation shall not be
21  rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in
22  accordance with Fed. R. Civ. P. 72(b).
23
24                      FOR THE EXECUTIVE COMMITTEE:
25
26  Dated:  December 3, 2014
27                      Richard W. Wieking
                            Clerk of Court
28

**United States District Court**
For the Northern District of California

A true and correct copy of this order has been served by mail upon any pro se parties.