UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DCCCA 1, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05023-VC<br>*SEALED*<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO EXTEND TIME TO INTERVENE** |

The government's deadline to intervene is extended six months to July 13, 2015. A case management conference is scheduled for July 21, 2015. If the government makes its decision about intervention well prior to that date, the parties may request that the date of the case management conference be moved up. The Court does not contemplate granting any additional requests to extend the deadline. All pleadings and other documents filed in this action shall remain under seal until further order of this Court.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
VINCE CHHABRIA
United States District Judge