UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DCCCA 1, INC., et al.,<br><br>　　　　　　Defendants. | Case No.  14-cv-05023-VC<br>*SEALED*<br><br>**ORDER RE VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 12 |

The plaintiff/relator has made a request to voluntarily dismiss the case.  A hearing is scheduled on this request for July 30, 2015 at 10:00 a.m.  The government must file a response to this motion, regardless of whether it agrees or objects, by July 21, 2015.  The plaintiff/relator must file a reply by July 24, 2015.  If the Court determines a hearing is unnecessary, it will inform the parties beforehand.  The case management conference presently scheduled for July 21, 2015 is vacated.

The plaintiff/relator's request to dismiss the case was filed one day before the government's declination to intervene.  Given that, the Court is not sure whether it is supposed to sign the proposed order that accompanied the government's declination.  The Court requests that the parties address this in their briefs (including, specifically, the question whether the matter should be unsealed before the Court rules on the request for dismissal).

**IT IS SO ORDERED.**

Dated: July 13, 2015

_____
VINCE CHHABRIA
United States District Judge