United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DCCCA 1, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 14-cv-05023-VC<br><br>**ORDER UNSEALING CASE AND DISMISSING CASE WITHOUT PREJUDICE** |

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). The plaintiff/relator has requested to voluntarily dismiss the case without prejudice and the United States has consented. The case is therefore dismissed without prejudice, and the case is unsealed. The hearing scheduled for Thursday, July 30, 2015 is vacated.

**IT IS SO ORDERED.**

Dated: July 28, 2015

_____
VINCE CHHABRIA
United States District Judge